■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD GRIFFITHS, Appellant. [609 NYS2d 486] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the verdict is against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). The court did not err in refusing to permit defendant to call complainant as a witness at the *Wade* hearing *(see, United States v Wade,* 388 US 218). There is no absolute right to call an identifying witness at a *Wade* hearing and there were no "indicia of suggestiveness" presented to the hearing court that warranted such testimony *(People v Chipp,* 75 NY2d 327, 339, *cert denied* 498 US 833). We find defendant's sentence neither harsh nor excessive. (Appeal from Judgment of Supreme Court, Erie County, Doyle, Jr., J.—Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY M. BROWN, Appellant. [612 NYS2d 984] —Judgment unanimously affirmed. Same Memorandum as in *People v Williams* (202 AD2d 1004 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Pine, J. P., Fallon, Callahan, Davis and Boehm, JJ.